NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Javier Garcia, | No. CV08-0691-PHX-SRB |
| Petitioner, | **ORDER** |
| vs. | |
| J. Palosaari, Warden, et al. | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 9, 2008 claiming three grounds for relief. Respondents filed their answer to Petitioner's Petition for Writ of Habeas Corpus on July 2, 2008. On October 31, 2008, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.

The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court.
3   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.
4   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

6   DATED this 21st day of November, 2008.

_____
Susan R. Bolton
United States District Judge